In the Matter of LANZILLI ENTERPRISES, INC., Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.—

Shapiro, Christ and Benjamin, JJ., concur; Munder, Acting P. J., and Martuscello, J., dissent and vote to affirm the judgment.